UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00382-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JESSICA MEGHAN SULLIVAN,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A hearing on pending motions is set for **Wednesday, January 27, 2010, at 1:30 p.m.**  The hearing is set for the entire afternoon.

      Dated:  November 30, 2009