UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00382-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  JESSICA MEGHAN SULLIVAN,

Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

Government counsel contacted the Court to set this case for trial on September 29, 2010, as ordered by the Court in its Minute Order of September 22, 2010 (ECF No. 68).  Defense counsel did not participate in this conversation or contact the Court as required by my Minute Order, even though government counsel represented that he tried to contact them to initiate a joint call to the Court.

Government Counsel advised the Court that the trial in this case needed to be set by on or about November 3, 2010, in order to prevent the speedy trial deadlines from running.  Accordingly, a three-day jury trial is set to commence on **Monday, November 1, 2010, at 9:00 a.m.**  A final trial preparation conference is set for **Tuesday, October 26, 2010, at 10:00 a.m.**

Dated:  October 5, 2010.