UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00382-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JESSICA MEGHAN SULLIVAN,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A three-day jury trial is set to commence on **Monday, March 14, 2011, at 9:00 a.m.**  A Final Trial Preparation Conference is set for **Tuesday, March 1, 2011, at 4:00 p.m.**

      Dated:  January 18, 2011.