UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00382-WYD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  JESSICA MEGHAN SULLIVAN,

  Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

  A Notice of Disposition was received in the above captioned matter on February 28, 2011.  Accordingly the Final Trial Preparation Conference set for Tuesday, March 1, 2011, at 4:00 p.m. and the three-day jury trial set to commence on Monday, March 14, 2011, at 9:00 a.m. are **VACATED**.  A Change of Plea Hearing is **SET** for **Friday, April 15, 2011, at 1:30 p.m.** in Courtroom A-1002.

  **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

  Dated:  February 28, 2011.